# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

160049

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CHARTER COUNTY OF WAYNE,
     Plaintiff-Appellant,

v

WAYNE COUNTY RETIREMENT
COMMISSION,
     Defendant-Appellee,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS,
     Intervenor-Appellee.

SC: 160049
COA: 339714
Wayne CC: 17-004750-AW

_____/

     On order of the Court, the application for leave to appeal the May 9, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk

a0923